BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (915) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUHAIL TUFAIL,<br><br>        Plaintiff,<br><br>    v.<br><br>Eric Holder, Jr., Attorney General, *et al.*,<br><br>        Defendants. | No. 2:13-cv-639 JAM EFB<br><br>**Joint Stipulation and Order** |

This is an immigration case in which Plaintiff challenged the alleged delay in adjudication of his lawful permanent resident application by United States Citizenship and Immigration Services. Defendants filed a motion to dismiss for lack of jurisdiction, and in the alternative, a motion for summary judgment, which the Court has taken under submission.

The parties now jointly stipulate to dismissal of this action in its entirety without prejudice, each side to bear its own costs of litigation.

Dated: November 14, 2013                    Respectfully submitted,

                                            BENJAMIN B. WAGNER
                                            United States Attorney


                                            /s/ Audrey B. Hemesath
                                            AUDREY B. HEMESATH
                                            Assistant United States Attorney


                                            /s/ Joseph John Siguenza
                                            Joseph John Siguenza
                                            Attorney for the Plaintiff


ORDER

   Pursuant to this joint stipulation, the case is dismissed without prejudice, each side to bear its own costs of litigation.


Date:  11/15/2013                    /s/ John A. Mendez_____
                                     UNITED STATES DISTRICT COURT JUDGE