BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (915) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUHAIL TUFAIL,<br><br>    Plaintiff,<br><br>    v.<br><br>Eric Holder, Jr., Attorney General, *et al.*,<br><br>    Defendants. | No. 2:13-cv-639 JAM EFB<br><br>**Joint Stipulation and Order** |

      This is an immigration case in which Plaintiff challenged the alleged delay in adjudication of his lawful permanent resident application by United States Citizenship and Immigration Services. Defendants filed a motion to dismiss for lack of jurisdiction, and in the alternative, a motion for summary judgment, which the Court has taken under submission.

      The parties now jointly stipulate to dismissal of this action in its entirety without prejudice, each side to bear its own costs of litigation.

1

2

Dated: November 14, 2013		Respectfully submitted,

		BENJAMIN B. WAGNER
		United States Attorney


		 /s/ Audrey B. Hemesath
		AUDREY B. HEMESATH
		Assistant United States Attorney


		/s/ Joseph John Siguenza
		Joseph John Siguenza
		Attorney for the Plaintiff




ORDER

    Pursuant to this joint stipulation, the case is dismissed without prejudice, each side to bear its own costs of litigation.



Date:   11/15/2013		/s/ John A. Mendez_____
		UNITED STATES DISTRICT COURT JUDGE